UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL LAVAIL WALKER,

    Petitioner,                                                Case No.  2:12-CV-23

v.                                                         HON. GORDON J. QUIST

MICHAEL CURLEY,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the magistrate judge on July 23, 2014, which was served on Petitioner that same day.  No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the magistrate judge, filed July 23, 2014 (dkt. #21), is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**This case is concluded.**

**A separate judgment will issue.**

Dated:  September 3, 2014                                  /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE